UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DFINITY FOUNDATION, | ) |
| Plaintiff, | ) Case No. 1:22-cv-05418-LAK |
| v. | ) |
| THE NEW YORK TIMES COMPANY, et al., | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arkham Intelligence, Inc. ("Arkham"), by and through its undersigned counsel, certifies that Arkham has no parent corporation and that no publicly held company owns 10% or more of Arkham stock. The filing of this statement does not waive any argument, claim, or defense available to Arkham in this action.

Dated: New York, NY
      July 21, 2022

/s/ *Meghan K. Spillane*
Jeffrey A. Simes
Meghan K. Spillane
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333
jsimes@goodwinlaw.com
mspillane@goodwinlaw.com

*Attorneys for Defendant Arkham Intelligence, Inc.*