**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DFINITY FOUNDATION,

                Plaintiff,

  -against-                                                22 **CIVIL** 5418 (LAK)

                                                                  **<u>JUDGMENT</u>**

THE NEW YORK TIMES COMPANY, et al.,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated November 14, 2023, The Court has considered all of the arguments of the parties. The motions of the Times Defendants, the Arkham Defendants, McNamara, and Bennett to dismiss the complaint for failure to state a claim upon which relief may be granted (Dkts 50, 54, 63, 74, 82) all are granted and the case dismissed. To the extent that certain defendants moved also to dismiss for lack of personal jurisdiction, those motions are denied as moot in light of the disposition of the case on other grounds; accordingly, the case is closed.

**Dated:**  New York, New York

       November 14, 2023

                                                                       **RUBY J. KRAJICK**
                                                                    _____
                                                                        **Clerk of Court**

                                **BY:**        _K. Mango_
                                                                       _____
                                                                        **Deputy Clerk**